IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

A.G.P.,                              *

    Petitioner,                   *

vs.                                  *

                                            CASE NO. 4:26-CV-541 (CDL)

WARDEN, STEWART DETENTION          *
CENTER,
                                     *

    Respondent.                   *

_____    *

O R D E R

    This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on April 8, 2026.  There was no objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1). Therefore, the Court reviews the Recommendation for clear error.  Finding no clear error, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

    IT IS SO ORDERED, this 6th day of May, 2026.

                           S/Clay D. Land
                           CLAY D. LAND
                           U.S. DISTRICT COURT JUDGE
                           MIDDLE DISTRICT OF GEORGIA